

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2015

No. 04-14-00050-CR

Taylor Rae **ROSENBUSCH**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR11075
Honorable Dick Alcala, Judge Presiding

## O R D E R

Appellant Taylor Rae Rosenbusch's briefs were due to be filed no later than February 9, 2015. On February 10, 2015, Appellant filed both briefs and two motions for extension of time seeking a one day extension. The motions are GRANTED. Appellant's briefs are deemed timely filed on February 10, 2015.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2015.

_____
Keith E. Hottle
Clerk of Court